IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01605-MSK-MJW

JAMIE S. CLINGAN, on behalf of the United States of America,

      Plaintiff,

v.

GRACE HEALTHCARE, LLC,

      Defendant.

## ORDER

Upon consideration of the United States' Unopposed Motion to Clarify **(#26)**, and for good causeshown,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is directed as follows:

1. The Complaint shall be unsealed;

2. The Notice of Election to Decline Intervention shall be unsealed;

3. The seal is lifted as to this Order and as to all other matters occurring in this action after the date of this Order;

4. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants; and

5. The above-captioned action is hereby dismissed without prejudice to the United States.

DATED this 23rd day of September, 2011.

                                                **BY THE COURT:**

Marcia S. Krieger
United States District Judge